# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>KAYLA NOELLE SCOTT<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:25-mj-00200<br>Assigned To : Sharbaugh, Matthew J.<br>Assign. Date : 9/3/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __September 2, 2025__ in the county of _____ in the __Jurisdiction__ of the District of __Columbia__, the defendant(s) violated:

*Code Section*         *Offense Description*

18 U.S.C. § 111(a)(1) (Assaulting, resisting, or impeding certain officers and employees of the United States).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Frank D'Amico, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/03/2025

_____
*Judge's signature*

City and state: Washington, D.C.    Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*